DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORNERSTONE INVESTMENTS, LLC,**
Appellant,

v.

**ADVANCE AC, LLC,**
Appellee.

No. 4D17-1139

[December 7, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 06-2016-CA-020955-AXXX-CE.

Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, (withdrawn as counsel after filing brief).

Shirley Sharon, Randall L. Gilbert and Bryce J. Gilbert, of Gilbert Law Group, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***